either party. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

MILDRED WOOD, Appellant, v. DOROTHY LYONS and Another, Respondents.— Motion for reargument granted on the authority of *Fox* v. *Western New York Motor Lines, Incorporated* (257 N. Y. 305), decided November 17, 1931. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.█

WILLIAM I. WOOD, Appellant, v. DOROTHY LYONS and Another, Respondents. — Motion for reargument granted on the authority of *Fox* v. *Western New York Motor Lines, Incorporated* (257 N. Y. 305), decided November 17, 1931. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.*

MILDRED WOOD, Appellant, v. DOROTHY LYONS and Another, Respondents.— Upon reargument order reversed and motion denied, on the authority of *Fox* v. *Western New York Motor Lines, Incorporated* (257 N. Y. 305), decided November 17, 1931. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

WILLIAM I. WOOD, Appellant, v. DOROTHY LYONS and Another, Respondents.— Upon reargument order reversed and motion denied, on the authority of *Fox* v. *Western New York Motor Lines, Incorporated* (257 N. Y. 305), decided November 17, 1931. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

SOL ROSENBERG and Another, Appellants, v. GENERAL REALTY SERVICE, INCORPORATED, and Others, Respondents.— Motion to amend notice of appeal to Court of Appeals granted. Motion for leave to appeal to Court of Appeals from order allowing the amendment granted. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JOSEPHINE TALARICO, Appellant, v. NATIONAL SURETY COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE C. CANNON, Appellant.— Time for argument enlarged to and including January term. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of HAROLD MEEGAN, Attorney and Counselor at Law.— Issues raised by petition and answer referred to Hon. Irving R. Devendorf, official referee, and district attorney of Jefferson county designated to prosecute the proceeding. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of the Application of MABEL SALISBURY for a Certiorari Order against NEW YORK STATE BOARD OF SOCIAL WELFARE and Others.— Application for order of certiorari granted. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RALPH MARK v. Hon. FRANK B. THORN, Special County Judge of Erie County.— Application for order of peremptory mandamus denied. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

PETER TRBOVICH, Respondent, v. JOHN F. BURKE, as Receiver of the Property of HAMBURG RAILWAY COMPANY, Appellant.— Appeal dismissed, unless appellant shall file and serve printed records by November twenty-third and printed briefs